**Carlton McCray THOMAS,**
**Plaintiff—Appellant,**

v.

**Eva REYNOLDS; Harold Plaster, Sheriff; Doctor Waclaw; Girard Thompson, Dr.; Roger Walden; Captain Yvonne; Tim Simpson, Lieutenant; Pittsylvania County Jail, Medical Staff, Defendants—Appellees.**

No. 03-2484.

United States Court of Appeals,
Fourth Circuit.

Submitted May 24, 2004.

Decided June 17, 2004.

Carlton McCray Thomas, Appellant pro se.

Before WIDENER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

(2000).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Carlton McCray Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thomas v. Reynolds,* No. CA–03–718 (W.D.Va. Nov. 5, 2003). We deny Thomas's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented· in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*